**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 24, 2021

**MEMO ENDORSED**

*Via ECF*
The Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The application is __x__ granted
_____ denied

_____
Edgardo Ramos, U.S.D.J
Dated: 11/24/2021
New York, New York

Re:   *United States v. Pedro Nunez,* 21 CR 612 (ER)

Dear Judge Ramos:

I write to respectfully request a temporary modification of Mr. Nunez's bail conditions to allow him to spend Thanksgiving evening with his family. We ask that on Thursday 11/25/2021, Mr. Nunez be permitted to go to the house of his aunt Aracelis Gonzalez, one of the cosigners on his bond, at ███████████████████████████, after work at 7pm and return to his home by 11pm that night.

Mr. Nunez was presented on September 8, 2021 at which time Magistrate Judge Cave set bail conditions, including home detention, a condition that Mr. Nunez live in New York, and travel restrictions to the Southern and Eastern Districts of New York. On October 15, 2021, Your Honor modified his bail conditions so that he may live and work in Philadelphia, Pennsylvania.

As a policy matter and without exception, pretrial services objects to leave for social gatherings for defendants on home detention. It takes that position here. The Government takes no position. Since his release, Mr. Nunez has been fully compliant with all of his bail conditions.

Respectfully submitted,
/s/ Julia Gatto
Julia L. Gatto, Esq.
212.417.8750

cc:   AUSA Kedar Bhatia (via ECF)
      PTSO Jonathan Lettieri
      PTSO Phillip Harris