**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 10, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __12/13/2021__

*Via ECF*
The Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

    Re:    *United States v. Pedro Nunez,* 21 CR 612 (ER)

Dear Judge Ramos:

With the consent of the government, I write to seek an adjournment of the next pretrial conference scheduled in this matter, currently on the calendar for December 15, 2021. The parties request an adjourned date in about 30 days. I need the additional time to review the discovery with my client. In light of this request, Mr. Nunez has no objection to the exclusion of time for speedy trial calculation purposes.

I wish the Court and Chambers a happy holiday season.

Respectfully submitted,
/s/ Julia Gatto
Julia L. Gatto, Esq.
212.417.8750

SO ORDERED.

cc:    AUSA Kedar Bhatia (via ECF)

---

The pretrial conference is adjourned to January 14, 2022, at 10 a.m.  Speedy trial time is excluded from December 15, 2021 until January 14, 2022, in the interest of justice.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: __12/13/2021__
New York, New York