**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 13, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 12/13/2021
```

*Via ECF*
The Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Pedro Nunez,* 21 CR 612 (ER)

Dear Judge Ramos:

   With the government's consent, I write to seek a modification to the conditions of Mr. Nunez's release so that Mr. Nunez, who resides in Philadelphia, Pennsylvania, can spend one night in New York at his grandmother's house to facilitate a visit I have scheduled with him in my office. He is scheduled to meet with me in New York the afternoon of December 15, 2021. I expect that the meeting will last several hours. I ask that he be permitted to stay at his grandmother's house the night of our legal visit and return to Philadelphia the next day.

   Mr. Nunez was presented on September 8, 2021 at which time Magistrate Judge Cave set bail conditions. Those conditions originally required that Mr. Nunez live in New York at his grandmother's house, but, upon my application, the Court modified the conditions so that Mr. Nunez could reside in Philadelphia, Pennsylvania. Mr. Nunez also is subject to house arrest. Mr. Nunez has been compliant with the conditions of his release.

   Pretrial Services has a policy by which it prohibits defendants on house arrest from staying overnight at any residence other than their own and, accordingly, objects to the instant application. The government consents to the application.

Respectfully submitted,
/s/ Julia Gatto
Julia L. Gatto, Esq.
212.417.8750

cc:   AUSA Kedar Bhatia (via ECF)

---

The application is  X   granted
                  ____ denied

_____
Edgardo Ramos, U.S.D.J
Dated: 12/13/2021
New York, New York