**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 22, 2021

*Via ECF*
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 12/22/2021

**MEMO ENDORSED**

Re:   *United States v. Pedro Nunez,* 21 CR 612 (ER)

Dear Judge Ramos:

I write to seek three modifications to the conditions of Mr. Nunez's release: (1) to reduce his level of supervision from home detention to a curfew; (2) to permit Mr. Nunez to spend the night at his mother's house on Christmas Eve; and (3) to permit Mr. Nunez to spend the night at his mother's house on New Year's Eve.

Mr. Nunez has been at liberty subject to bail conditions set at his presentment on September 8, 2021 and subsequently modified by this Court. His bail conditions include home detention at his apartment in Philadelphia, Pennsylvania. Since his release, he has been fully compliant with all of the conditions of his release.

First, with the consent of the government and Pretrial Services, I ask that, instead of home detention, Mr. Nunez be subject to a curfew set at the discretion of Pretrial Services and enforced by electronic monitoring. Mr. Nunez is employed and currently only leaves his home to go to his job. A curfew will permit Mr. Nunez also to perform necessary tasks outside of work and to run errands for and visit with older family members who live nearby, including his mother.

Second and third, I ask that Mr. Nunez be permitted to stay overnight at his mother's apartment the nights of Christmas Eve and New Year's Eve so that HE can enjoy the holidays with family. As a policy, Pretrial Services does not consent to overnight stays for defendants subject to home incarceration or a curfew. The government defers to Pretrial Services. As noted above, Mr. Nunez

The Honorable Edgardo Ramos  December 22, 2021
Page 2 of 2

Re:   *United States v. Nunez,*
      21 CR 612

has been fully compliant with the conditions of his release. Furthermore, the Court gave Mr. Nunez leave from home detention on Thanksgiving so that he could spend the holiday with his family, and he did so without incident.

Thank you for your attention to this application and Happy Holidays.

Respectfully submitted,
/s/ Julia Gatto
Julia L. Gatto, Esq.


cc:   Kedar Bhatia, Esq. (via ECF)


The application is  X   granted
                   ___  denied

_____
Edgardo Ramos, U.S.D.J
Dated:   12/22/2021
New York, New York