**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 16, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __2/17/2022__

*Via ECF*
The Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Pedro Nunez,* 21 CR 612 (ER)

Dear Judge Ramos:

With the consent of the government, I write to seek an adjournment of the next pretrial conference scheduled in this matter, currently on the calendar for March 1, 2022. The parties request an adjourned date in about 45 days. The parties are actively engaged in plea discussions and will use the additional time to continue those discussions. In light of this request, Mr. Nunez has no objection to the exclusion of time for speedy trial calculation purposes.

Thank you.

Respectfully submitted,
/s/ Julia Gatto
Julia L. Gatto, Esq.
212.417.8750

cc:   AUSA Kedar Bhatia (via ECF)

---

The pretrial conference is adjourned to April 11, 2022 at 4:30 p.m.  Speedy trial time is excluded from March 1, 2022 until April 12, 2022.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: __2/17/2022__
New York, New York