**Federal Defenders**
**OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 28, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/28/2022

*Via ECF*
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Pedro Nunez,* 21 CR 612 (ER)

Dear Judge Ramos:

On March 25, 2022, the Court endorsed my application to modify Mr. Nunez's bail by terminating his curfew condition. Pretrial Services has informed me that, in order to terminate the curfew condition, the Court's Order must modify the current bail conditions by both terminating the curfew condition and removing the location monitoring condition. Accordingly, I ask that the Court endorse this letter modifying Mr. Nunez's bail conditions by both terminating the curfew condition and removing location monitoring.

Thank you.

Respectfully submitted,
/s/ Julia Gatto
Julia L. Gatto, Esq.
Assistant Federal Defender
212-417-8750

The application is  X   granted
                   ___ denied

_____
Edgardo Ramos, U.S.D.J
Dated: 3/28/2022
New York, New York

cc:   Kedar Bhatia, Esq. (via ECF)
      USPO Francesca Piperato (via ECF)