**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

**MEMO ENDORSED**

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 10, 2022

*Via ECF*
The Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> The June 14 pre-trial conference is adjourned to September 6, 2022 at 11 a.m.  Speedy trial time is excluded from June 14, 2022 until June 6, 2022, in the interest of justice.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated:  6/13/2022
> New York, New York

Re:     *United States v. Pedro Nunez,* 21 CR 612 (ER)

Dear Judge Ramos:

With the consent of the government, I write to seek an adjournment of the next pretrial conference scheduled in this matter, currently on the calendar for June 14, 2022. The parties request an adjourned date in early September.

At the end of this month, I will be leaving the Federal Defenders. I am in the process of transferring my cases, including Mr. Nunez's. The additional time will allow Mr. Nunez's new counsel to review the case file, speak with Mr. Nunez, and continue the discussions the parties have begun regarding potential dispositions.

In light of this request, Mr. Nunez has no objection to the exclusion of time for speedy trial calculation purposes.

On a personal note, I would like to thank the Court and Ms. Rivera. It has been a pleasure to practice as a Federal Defender in your courtroom.

Respectfully submitted,
/s/ Julia Gatto
Julia L. Gatto, Esq.
212.417.8750

cc:     AUSA Kedar Bhatia (via ECF)