**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

February 7, 2023

<u>Via ECF</u>

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:   <u>United States v. Pedro Nunez</u>,
           21 Cr. 612 (ER)

Dear Judge Ramos:

    I write with the consent of the Government to respectfully request that the Court adjourn the pretrial conference currently set for Thursday, February 9, 2023 to February 28, 2023 at 11:30 AM. Mr. Nunez has a work obligation on Thursday that has proven difficult to get excused from, and the Government agrees a short adjournment is acceptable. The defense waives Speedy Trial Act time to the date set by the Court. Thank you for considering this request.

Respectfully submitted,

Ian Marcus Amelkin
Assistant Federal Defender
Tel.: (212) 417-8733

cc:    Kedar Bhatia, AUSA (by ECF)

---

The pretrial conference is adjourned to February 28, 2023 at 11:30 a.m. Speedy trial time is excluded from February 9, 2023 until February 28, 2023, in the interest of justice.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 2/8/2023
New York, New York